IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KENNETH J. BLOCKHUS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.:   15 CV 7917 |
| vs. | ) | |
| | ) | |
| FRANCIS LEROY WALTH and | ) | |
| SCHENK TRUCKING, INC., | ) | |
| | ) | |
| Defendants. | ) | |

NOTICE OF REMOVAL

Defendants, FRANCIS LEROY WALTH and SCHENK TRUCKING, INC., by and through their attorneys, HEYL, ROYSTER, VOELKER & ALLEN, and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby file this Notice of Removal of the cause of action styled, *Kenneth J. Blockhus v. Francis Leroy Walth and Schenk Trucking, Inc.*, Case No. 15 L 104, originally filed and now pending in the Circuit Court of the Thirteenth Judicial Circuit, LaSalle County, Illinois, from said Circuit Court of the Thirteenth Judicial Circuit to the United States District Court for the Northern District of Illinois, Eastern Division. In support of their Notice of Removal, Defendants state as follows:

1. Plaintiff, Kenneth J. Blockhus, filed a Complaint against Francis Leroy Walth and Schenk Trucking, Inc. on July 24, 2015. A copy of the Complaint was served upon Schenk Trucking, Inc. on August 10, 2015. Service has been waived with regard to Defendant Walth. The Complaint and Summons are the only documents that Plaintiff

has formally served upon Defendants to date. A true and accurate copy of the Complaint and Summons is attached hereto as Exhibit A.

2. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b), as Defendants are filing it within 30 days of the service of the Complaint and Summons.

3. Pursuant to 28 U.S.C. §1446(b)(2)(A), all defendants have joined in the removal of this action.

4. At the time the action was commenced and since then, upon information and belief, Plaintiff was and is a citizen of the State of Illinois. Defendant Francis Leroy Walth was and is a citizen of the State of South Dakota. Defendant Schenk Trucking, Inc. is a corporation organized under the laws of the State of South Dakota with its principal place of business in the State of South Dakota.

5. Plaintiff's Complaint simply alleges that he "respectfully requests that this Court find in favor of his Complaint...in a sum in excess of Fifty Thousand ($50,000.00) Dollars together with costs of this suit." Exhibit A at 3–4, 5. Notwithstanding this prayer, this Court may consider all facts relevant to the amount in controversy in this case at the time of this Notice of Removal. *See Meridian Sec. Ins. Co. v. Sadowski*, 441 F.3d 536, 541 (7th Cir. 2006). If the plaintiff, "the master of the complaint," provides little information about the value of the claims alleged, a good-faith estimate of the stakes is acceptable if it is plausible and supported by a preponderance of the evidence. *Oshana v. Coca-Cola Co.*, 472 F.3d 506, 511 (7th Cir. 2006).

This is a personal injury action in which Plaintiff's alleged injuries arise out of a vehicle collision with a tractor trailer. Plaintiff has alleged he was injured "both

personally and pecuniary." Exhibit A at Count I, ¶ 8 and Count II, ¶ 8. Attached hereto as Exhibit B is an affidavit from Jamie Schilling, Senior Casualty Claims Supervisor for Cottingham & Butler Claim Services. Pursuant to Mr. Schilling's affidavit regarding information he obtained during communications with Plaintiff's counsel, in addition to the facts and claims alleged in Plaintiff's Complaint, a preponderance of the evidence reflects that the amount claimed by Plaintiff will exceed $75,000.00.

6. Pursuant to 28 U.S.C. § 1332, there is complete diversity of the parties and the amount in controversy exceeds $75,000.00. Accordingly, this Court has original jurisdiction over this matter. Therefore, this action may be removed to this Court pursuant to 28 U.S.C. § 1441(a).

7. This action is currently pending in the Circuit Court for the Thirteenth Judicial Circuit, LaSalle County, Illinois. Pursuant to 28 U.S.C. 1441(a), removal to the United States District Court for the Northern District of Illinois, Eastern Division, is proper.

8. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders that have been served upon Defendants in the removed case are attached to this Notice of Removal. The Complaint and Summons has been attached as Exhibit A. Additionally, the Proof of Service upon Defendant Schenk Trucking has been attached as Exhibit C.

9. Defendants will provide written notice hereof to all adverse parties and file a copy of this Notice of Removal with the Clerk of the Circuit Court of the Thirteenth Judicial Circuit as required under 28 U.S.C. § 1446(d).

DEFENDANT DEMANDS TRIAL BY JURY.

Francis Leroy Walth and
Schenk Trucking, Inc.


By: <u>/s/ Matthew S. Hefflefinger</u>
HEYL, ROYSTER, VOELKER & ALLEN
Matthew S. Hefflefinger
#6201281


<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 9, 2015, I electronically filed the foregoing Notice of Removal with the Clerk of the Court using the CM/ECF system and have sent notification of such filing to the following attorneys for Plaintiff:

Ms. Mollie J. Ralph
Brassfield, Krueger & Ramlow, Ltd.
203 Armory Court
Streator, IL 61364


<u>/s/ Matthew S. Hefflefinger</u>


TJA
28590692_1