IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KENNETH J BLOCKHUS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 15-cv-07917 |
| v. | ) | |
| | ) | Judge Andrea R. Wood |
| FRANCIS LEROY WALTH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

    Motion hearing held. Pursuant to the discussion held in open court, Defendants' motion to transfer venue [6] is granted without opposition. Accordingly, this case is transferred to the U.S. District Court, Central District of Illinois, Urbana Division forthwith. All pending hearing dates and motions are stricken. Civil case terminated.

(0:06)

Dated: October 1, 2015

                                                        Andrea R. Wood
                                                        United States District Judge