

**Thomas G. Bruton**
CLERK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

October 6, 2015

RE: Blockhus v. Walth et al

Case No: 15-cv-7917

Dear Clerk:

Pursuant to the order entered by Honorable Andrea R. Wood, on 10/01/2015, the above record

■  was electronically transmitted to: U.S. District Court, Central District of Illinois, Urbana Division

Sincerely yours,

Thomas G. Bruton, Clerk

By:     /s/ Melissa Astell
        Deputy Clerk

New Case No. _____     Date _____

cc:    Non-ECF Attorneys and Pro se Parties