# United States District Court
# Northern District of Illinois – CM/ECF LIVE, Ver 6,1 (Chicago)
# CIVIL DOCKET FOR CASE #: 1:15–cv–07917

Blockhus v. Walth et al  
Assigned to: Honorable Andrea R. Wood  
Demand: $75,000  
Case in other court: LaSalle County, 15 L 104  
Cause: 28:1441 Petition for Removal

Date Filed: 09/09/2015  
Date Terminated: 10/01/2015  
Jury Demand: Defendant  
Nature of Suit: 350 P.I.: Motor Vehicle  
Jurisdiction: Diversity

**Plaintiff**

**Kenneth J Blockhus**     represented by    **Mollie J Ralph**  
Brassfield, Krueger &Ramlow, LTD.  
203 Armory Court  
Streator, IL 61364  
815.672.8878  
Fax: 815.673.1773  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Francis Leroy Walth**     represented by    **Matthew S. Hefflefinger**  
Heyl, Royster, Voelker &Allen  
300 Hamilton Blvd  
P.O. Box 6199  
Peoria, IL 61601–6199  
(309) 676–0400  
Fax: 309.676.3374  
Email: mhefflefinger@heylroyster.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Schenk Trucking, Inc.**     represented by    **Matthew S. Hefflefinger**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/09/2015 | 1 | NOTICE of Removal from LaSalle County, case number (15 L 104) filed by Schenk Trucking, Inc., Francis Leory Walth Filing fee $ 400, receipt number 0752–11062044. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Hefflefinger, Matthew) (Entered: 09/09/2015) |
| 09/09/2015 | 2 | CIVIL Cover Sheet (Hefflefinger, Matthew) (Entered: 09/09/2015) |
| 09/09/2015 | 3 | ATTORNEY Appearance for Defendants Schenk Trucking, Inc., Francis Leory Walth by Matthew S. Hefflefinger (Hefflefinger, Matthew) (Entered: 09/09/2015) |

| | | |
|---|---|---|
| 09/09/2015 | [1](#) | CASE ASSIGNED to the Honorable Andrea R. Wood. Designated as Magistrate Judge the Honorable Susan Cox. (daj, ) (Entered: 09/09/2015) |
| 09/10/2015 | [4](#) | MAILED Notice of Removal letter to counsel of record. (tt, ) (Entered: 09/10/2015) |
| 09/14/2015 | [5](#) | MINUTE entry before the Honorable Andrea R. Wood: Initial status hearing set for 11/13/2015 at 9:00 AM. The parties are directed to meet and conduct a planning conference pursuant to Federal Rule of Civil Procedure 26(f). At least seven days before the initial status hearing, the parties shall file a joint written status report, not to exceed five pages in length. The initial status report shall provide the information described on the Court's website at www.ilnd.uscourts.gov under District Judges, Judge Andrea R. Wood, Initial Status Conference. Mailed notice (ef, ) (Entered: 09/14/2015) |
| 09/24/2015 | [6](#) | MOTION by Defendants Schenk Trucking, Inc., Francis Leroy Walth to transfer case *to US District Court, Central District of Illinois, Urbana Division* (Hefflefinger, Matthew) (Entered: 09/24/2015) |
| 09/25/2015 | [7](#) | *Defendants'* NOTICE of Motion by Matthew S. Hefflefinger for presentment of motion to transfer case [6](#) before Honorable Andrea R. Wood on 10/1/2015 at 09:00 AM. (Hefflefinger, Matthew) (Entered: 09/25/2015) |
| 10/01/2015 | [8](#) | ORDER: Motion hearing held. Pursuant to the discussion held in open court, Defendants' motion to transfer venue [6](#) is granted without opposition. Accordingly, this case is transferred to the U.S. District Court, Central District of Illinois, Urbana Division forthwith. All pending hearing dates and motions are stricken. Civil case terminated. Signed by the Honorable Andrea R. Wood on 10/1/2015. Mailed notice (mmy, ) (Entered: 10/06/2015) |
| 10/06/2015 | [9](#) | TRANSFERRED to the U.S. District Court, Central District of Illinois, Urbana Division the electronic record. (mmy, ) (Entered: 10/06/2015) |