**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| KENNETH J. BLOCKHUS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 2:15 CV 02229 |
| vs. | ) |
| | ) |
| FRANCIS LEROY WALTH and | ) |
| SCHENK TRUCKING, INC., | ) |
| | ) |
| Defendants. | ) |

**ORDER FOR DISMISSAL**

Upon the written Stipulation of the parties filed herein, it is hereby ordered that the above-entitled cause of action is hereby dismissed with prejudice, in bar of action, costs paid, cause of action satisfied.

                                                            s/ ERIC I. LONG
                                                            Magistrate Judge Eric I. Long

ENTERED:  March 28, 2017

MSH/cls
32163252_1

EX. B